UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR09-00966 CRB (JCS) |
|---|---|
| Plaintiff(s), | |
| v. | **ORDER DENYING GOVERNMENT'S MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT [Docket No. 16]** |
| DANNY SAN NICOLAS and ROBERT BAKER, | |
| Defendant(s). | |

On October 16, 2009, the United States filed a Motion to Exclude Time Under The Speedy Trial Act (the "Motion"). On October 26, 2009, Defendant Robert Baker filed a response, and on October 29, 2009, Defendant Danny San Nicolas filed an opposition.

IT IS HEREBY ORDERED THAT the Motion is DENIED. The United States argues that the ends of justice will be served by an exclusion of time, and that this outweighs the interests of the public and the Defendants in a speedy trial under 18 U.S.C. §3161 (h)(7)(A) and (B). In particular, the United States argues that Defendant San Nicolas' counsel requested, on October 9, 2009, at the arraignment, that the first appearance before Judge Breyer be set for October 29, 2009, to allow for review of discovery. Motion at 2. This is incorrect. Neither Defense counsel requested time to review discovery, and neither the United States nor the defense requested an exclusion of time at the arraignment. Indeed, both defendants have opposed this Motion, indicating that they do not believe that an exclusion of time is necessary for their effective preparation.:

IT IS SO ORDERED.

Dated: November 2, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge