IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANNY SAN NICOLAS,<br><br>　　　　Defendant.　　　　　　　／ | No. CR 09-966 CRB<br><br>**ORDER TO SHOW CAUSE** |

The Court is in receipt of the Government's Memorandum Regarding Rule 11 Proceeding. The Government is hereby directed to address the relevance of United States v. Thomas, 355 F.3d 1191 (9th Cir. 2004), before the scheduled status conference on November 20, 2009. Further, the Government is directed to advise the Court as to when it first became aware of this authority.

**IT IS SO ORDERED.**

Dated: November 17, 2009　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\966\Order to Show Cause.wpd